UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-20628-GRAHAM(s)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

NELIDA RODRIGUEZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant Rodriguez' Motion for Re-sentencing to Effectuate Restitution Judgement, (D.E. 1231) and the United States' Request for Scheduling Restitution Hearing, (D.E.1274).

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman United States Magistrate Judge on February 9, 2012. A Report and Recommendation filed on July 18, 2012 recommended that Defendant's Motion for Re-sentencing to Effectuate Restitution Judgement be **Denied**, The Government's Motion for Hearing be **Denied as moot** and that the Court enter an Amended Judgment to include restitution in the amount of **$7,941,854.42**.

The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted an independent review of the record as well as the objections filed on behalf of the Defendant. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of August, 2012.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Goodman
 Lois Foster-Steers, AUSA
 Richard Klugh, Esq.